# Exhibit A



**U.S. Equal Employment Opportunity Commission**
**San Francisco District Office**

450 Golden Gate Avenue
5 West, P.O. Box 36025
San Francisco, CA 94102
(415) 522-3000
TDD: 1-800-669-6820
Fax: (415) 522-3415
1-800-669-4000

Respondent: FACEBOOK, INC.
EEOC Charge No.: 550-2017-00339
FEPA Charge No.:



February 7, 2017

Victor Onuoha

Dear Mr. Onuoha:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)
[  ]    The Age Discrimination in Employment Act (ADEA)
[  ]    The Americans with Disabilities Act (ADA)
[  ]    The Equal Pay Act (EPA)
[  ]    The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to California Department Of Fair Employment & Housing 2218 Kausen Drive Suite 100 Elk Grove, CA 95758 as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

The quickest and most convenient way to obtain the contact information and the status of your charge is to use EEOC's Online Charge Status System, which is available 24/7. You can access the system via this link (https://publicportal.eeoc.gov/portal) or by selecting the "My Charge Status" button on EEOC's Homepage (www.eeoc.gov). To sign in, enter your EEOC charge number, your zip code and the security response. An informational brochure is enclosed that provides more information about this system and its features.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Darlene G. Turner
Investigator Support Asst
(415) 522-3267

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)



# WHAT YOU SHOULD DO
# AFTER YOU HAVE FILED A CHARGE WITH EEOC

> ## *KEEP YOUR DOCUMENTS – BOTH PAPER AND ELECTRONIC*

Now that you have filed an EEOC charge, you must keep anything that might be evidence related to your charge. This includes *all* documents, communications, and electronic information that are potentially related to your EEOC charge, including the harm caused by the discrimination, and all records of your communications with the EEOC. Even if you are not sure whether the information is relevant to your discrimination claim, please do not throw it away or delete it.

> ## *WHAT INFORMATION MUST YOU KEEP?*
> - **Paper documents**, such as:
>   - Employee manuals, pay stubs, work schedules
>   - Letters, memos, your notes
>   - Pictures, drawings, charts, whether or not they contain words
> - **Electronic information**, such as:
>   - E-mails, text messages, tweets, and social media posts and pictures
>   - Voice messages, video and sound recordings
>   - Word processing documents, electronic calendar entries
> - **Electronic memory on devices or the devices themselves**, such as:
>   - Memory on computers, laptops, tablets, cell phones
>   - Computers, laptops, tablets, cell phones
>   - Do not delete, replace, alter, "wipe," or "clear" your computer hard drive, electronic tablet, or cell phone, and do not change or remove Internet posts, without retaining an electronic copy. If you dispose of any old computers, phones or devices, make sure you make and keep an electronic copy of all potentially relevant information on the device.
> - These are some examples and not a complete list.
> - If you have questions about what you should or should not do, please contact your investigator.

*Why must you keep this information?* It might be evidence related to your charge. We are required by the courts to ensure that all potentially relevant information is retained. **Please note that failure to keep these records may cause you to lose your case, or to lose the right to recover money lost due to the discrimination.**

*What happens to your information?* Your investigator will discuss with you what information is needed by the EEOC to investigate your charge. Information that you provide that happens to be private or personal in nature will not be disclosed by the EEOC during its investigation, and if the EEOC files suit on your charge, we will do our best to keep such information out of the court proceedings.

*Please see page 2 for additional important information.*

### ➤ *LOOK FOR WORK IF YOU ARE OUT OF WORK*

    If you lost your job or were not hired due to discrimination, you may be entitled to the pay or wages you lost. However, you cannot receive lost wages unless you can show that you looked for another job to replace the one you lost or were denied due to discrimination. In order to prove you searched for work, you must keep copies of all letters, emails, or other evidence of your job search. If you succeed in finding a new job but it pays less than the job you lost, you may be entitled to the difference in pay. Therefore, it is necessary to keep all evidence of your job search even if you find another job.

    In addition to looking for work, you should keep good records of your job search so you can prove that you have tried to find a comparable job. If you are out of work because of discrimination, be sure to save *all* documents and communications, including e-mails, relating to your job search.

---

### ➤ *WHAT ARE RECORDS OF YOUR JOB SEARCH?*

The following types of information can prove that you have tried to find work:
- copies of job applications and resumes

- a list of all the companies you contact about jobs by phone, letter or in-person

- copies of e-mails or letters that you send to or receive from companies where you have asked about work or submitted an application

- a list all of the places where you apply and for each one,
    a. the date of the application;
    b. the position you were seeking;
    c. the response you received from your application, such as rejection letters or invitations to interview;
    d. whether you were interviewed and the date of the interview;
    e. the results of the interview;
    f. whether you turned down a job offer, and if you did, why

- notes about what you did to look for work (for example, searching the newspaper or Internet or contacting employment agencies) and the dates that you conduct the search

- copies of your pay stubs or earnings records if you find another job.

If you have questions about what you are required to do, please contact your investigator.

---

### ➤ *KEEP US INFORMED*

    Once you file a charge with the EEOC, you must tell us if you move or get a new address, telephone number, or e-mail address. We may need to talk to you to get more information. If the EEOC cannot reach you to get necessary information, your charge may be dismissed.

### ➤ *CALL IF YOU HAVE QUESTIONS*

    Your investigator will discuss with you the documents and other evidence we need to investigate your charge. If you have any questions, or for inquiries about the status of your case, please contact your investigator directly or call 1-800-669-4000.

Page 2

# EEOC Online Charge Status System Tip Sheet

Find out about the status of your charge of discrimination any time, day or night, using the EEOC Online Charge Status System. The system is available for charges that were filed on or after September 2, 2015.

- Access the Online Charge Status System via this link https://publicportal.eeoc.gov/portal/ or select the "My Charge Status" button on www.eeoc.gov.

- Enter your assigned charge number (found in the upper right hand corner on your discrimination charge form) and your zip code (as it appears on your discrimination charge form) to sign in. (If you have provided a new address and zip code to EEOC, use the new zip code.) You will be asked to enter a security code displayed in a box on the sign-in screen that is provided to assure additional security for the system.

- After you have signed into the Online Charge Status System, you will see the screen display pictured below. The numbers on the screen shot refer to the features explained beneath it.*



1. A quick view of the stage in the process at which your charge is currently.
2. The name and contact information of the EEOC staff member assigned to your charge or a note that your charge is pending assignment.
3. The EEOC office (and its address) that is handling your charge.
4. The specific actions the EEOC has taken on your charge, numbered sequentially, and the date of each action. (hold cursor over each action to read further details about the task).
5. The general steps in the process, with additional explanations that display when you hold your cursor over a colored box.
6. The range of next steps possible in the investigative process, which pops up when the cursor is held over this box.
7. The flow of the overall investigative process, which comes up when you click on this box.
8. Ends your session on the Online Charge Status System.

*Not every stage of the enforcement process will display for every charge, as each charge follows the process most appropriate to the facts in the charge and the stages of the investigation.

Keep in mind that the EEOC process takes time, so there will be gaps between entries about your charge in the Online Charge Status System. Even when you do not see any change in the status of your charge, EEOC staff are hard at work.



STATE OF CALIFORNIA | State and Consumer Services Agency                                    GOVERNOR EDMUND G. BROWN, JR.

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

DIRECTOR PHYLLIS W. CHENG

EEOC Number: 550-2017-00339C
Case Name:      Victor Onuoha vs. FACEBOOK, INC.
Filing Date:    February 7, 2017

*RECEIVED FEB 0 9 2017 BY:_____*

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

This letter is also your Right to Sue notice. <u>This Right-To-Sue Notice allows you to file a private lawsuit in State court</u>. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

If you have questions about the right to file under federal law, please contact the EEOC using the contact information below.

| EEOC Northern California | EEOC Southern California |
|---|---|
| 450 Golden Gate Ave 5-West | 255 East Temple Ste., 4th Floor |
| PO Box 36025 | Los Angeles, CA  90012 |
| San Francisco, CA  94102 | (213) 894-1100 |
| (415) 522-3000 | |

DFEH-200-02 (01/13)

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Victor Onuoha        From: San Francisco District Office
                                                                            450 Golden Gate Avenue
                                                                            5 West, P.O. Box 36025
                                                                            San Francisco, CA 94102

[ ]    On behalf of person(s) aggrieved whose identity is
       CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2017-00339 | **Deborah Randall,**<br>**Enforcement Manager** | (415) 522-3107 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]    More than 180 days have passed since the filing of this charge.

[X]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]    The EEOC is terminating its processing of this charge.

[ ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

                                                     On behalf of the Commission

Enclosures(s)                          *William R. Tamayo,*             2/7/17
                                                      **District Director**              (Date Mailed)

cc:    Lena Ryan, Lead Legal Counsel                         Johan C. Sagafi, Esq.
       **FACEBOOK**                                           **OUTTEN & GOLDEN, LLP**
       Labor & Employment Dept.                            One Embarcadero Center, 38th Floor
       1 Hacker Way                                                San Francisco, CA 94111
       Menlo Park, CA 94025

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA <br> _X_ EEOC | 550-2017-00339 |

California Department of Fair Employment & Housing and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) <br> Mr. Victor Onuoha | Home Phone (Incl. Area Code) <br> ■■■■ | Date of Birth <br> ■■■■ |
|---|---|---|
| Street Address <br> ■■■■ | City, State and ZIP Code <br> ■■■■ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name <br> Facebook, Inc. | No. Employees, Members <br> 15,724 | Phone No. (Include Area Code) <br> (650) 543-4800 |
|---|---|---|
| Street Address <br> 1 Hacker Way, | City, State and ZIP Code <br> Menlo Park, California 94025 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) <br><br> _X_ RACE  _X_ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN <br><br> __ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE <br> Earliest       Latest <br><br> _X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

The Particulars, set forth on the attached sheets, are incorporated into this document.

*RECEIVED JAN 20 2017 EEOC - SFDO INTAKE*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|

| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| 1/12/17<br>Date            *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

## EEOC CHARGE PARTICULARS

The particulars are:

1.  This race, color, and national origin discrimination charge is filed on behalf of myself, Victor Onuoha, and other similarly situated people of color who have attempted to use Facebook in the United States to find employment ("Job Seekers"). Like other people of color (including Latinos, African Americans, and other non-white individuals) who are Job -Seekers, I have been harmed by a continuing policy, pattern, or practice by Facebook, Inc. of providing marketing, recruitment, sourcing, advertising, branding, information and/or hiring services for and on behalf of employers that seek applicants for employment and that use Facebook's targeting tools to exclude certain Job Seekers so that those Job Seekers do not receive marketing, recruitment, sourcing, advertising, branding, information, and/or hiring materials that refer to or relate to employment opportunities based on (a) the actual or perceived race, color, or national origin of the Job Seeker or (b) facially neutral characteristics that have a disparate impact on people of color (including Latinos, African Americans, and other non-white individuals) and persons with certain national origins, including the Job Seeker's location or qualities related to location (e.g., zip code) the user's similarity to the employer's existing customers, etc. in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, as well as the California Fair Employment Housing Act, Cal. Gov. Code § 12940.

### About Me and My Job Search

2.  I am an African-American citizen of Gretna, Louisiana. I live in a predominantly non-white area of Louisiana. Over the past year, I conducted an active search for employment. During that job search, I regularly used Facebook and was open to receiving employment advertisements via Facebook that would identify employment opportunities for me. Despite the fact that many companies advertise employment opportunities through advertisements on Facebook, I do not recall seeing any employment advertisements on Facebook over the past year.

### Facebook's Discriminatory Advertising Platform

3.  Facebook is a social-networking site that boasts more than one billion users worldwide, making it the largest online social network in the world. Facebook has operated and is operating an advertising platform that publishes, and causes to be published, discriminatory employment advertisements. By clicking on a button labeled "Exclude People," ad buyers can prevent their ads from being displayed to users matching characteristics such as "African-American (US)," "Hispanic (US - All)," and "African American Hair."

4.  Facebook's advertising platform allows advertisers to target and exclude specific Facebook users to see their advertisements. This targeting and exclusion is based on Facebook users' "affinity" groups, which Facebook uses to identify a person's ethnic, gender and other information about the person based on the information that the persons supplies to Facebook or based on the person's Facebook and other internet activity. Based on a user's affinity groups, Facebook builds a profile of that user that is then used to determine, among other things, the advertisements the user is exposed to.

5.  Affinity groups act as a proxy for characteristics such as a user's race, gender, family status and national origin. Many of them are specifically classified as "demographics" and track

traditionally protected groupings (*e.g.*, "African American (US)" "Hispanic (US - All)" and "Asian American (US)")

6. There is no option in Facebook's platform to exclude the "demographic" group of White or Caucasian Americans from the target audience.

7. Facebook's ad platform also has discriminatory functionality called "look-alike audiences," that allows ad buyers to target ads to customers who look like their existing customers and contacts. According to Facebook: "With Lookalike Audiences, you can find more people on Facebook who share traits — like location, age, gender and interests — with your customers, so your ads reach even more people who'll care about your business.

9. Facebook provides marketing, recruitment, sourcing, advertising, branding, information and/or hiring services for employers nationwide to create, develop, and deliver employment advertisements to users of Facebook so that those users will apply for employment with such employers. As Facebook undertakes these tasks for compensation to procure employees for employers or to procure employees opportunities for employers, Facebook is an employment agency within the meaning of Title VII and the California Fair Employment Housing Act.

10. In providing such marketing, recruitment, sourcing, advertising, branding, information, and/or hiring services, Facebook encourages, enables, and assists employers to advertise employment opportunities and other types of economic opportunities on Facebook to select, target or limit which Facebook users will receive such employment advertisements, including by including or excluding users who are known or believed to be members of racial/color groups, such as African-American, Latino, and Asian, and by including or excluding users who live in specific geographic locations such as zip codes or within a particular mile radius, or who are demographically similar to the employers' existing employees or customers. Facebook creates, develops, and delivers these marketing, recruitment sourcing, advertising, branding, hiring advertisements on behalf of employers. This nationwide policy, pattern, or practice constitutes disparate treatment or intentional discrimination under Title VII, and also has an unlawful disparate impact on people of color (including Latinos, African-Americans, and other non-white employees) who use Facebook to seek employment opportunities, in violation of 42 U.S.C. § 2000e-3(b) and 2000e-2(b), and the California Fair Employment Housing Act, Cal. Gov. Code §§ 12940(d) and (k), as well as under § 12940(i) for aiding and abetting employers to violate §§ 12940(a), (d), and (k) of the California Fair Employment Housing Act

11. Title VII and the California Fair Employment Housing Act prohibit employment agencies and employers from printing or publishing any notice or advertisement relating to employment that indicates a preference, limitation, specification, or discrimination based on sex, race, color, or national origin and prohibit employers and employment agencies from failing or refusing to refer for employment, to file to take reasonable steps to prevent discrimination, or to otherwise discriminate against an individual because of his or her race, color or national origin. Facebook's nationwide policy, pattern, or practice violates these federal and state prohibitions. Because Facebook's Statement of Rights and Responsibilities provides that "The laws of the State of California will govern . . . any claim that might arise between" Facebook users, California's FEHA law applies to my claims against Facebook.

12. It is my understanding and belief that Facebook has engaged in a nationwide,

continuing pattern or practice of discrimination based on race or color against people of color (including Latinos, African-Americans, and other non-white employees) with respect to the recruitment of applicants or employees and in publishing employment advertisements. Facebook's marketing, recruitment, sourcing, advertising, branding, information, and/or hiring services constitute both disparate treatment and disparate impact discrimination against people of color (including Latinos, African-Americans, and other non-white applicants or employees), including race-based stereotyping and race-based associational discrimination.

12.     This class charge is meant to exhaust all class-based disparate treatment and class-based disparate impact claims relating to all potential applicants and/or applicants based on race or color concerning marketing, recruitment, sourcing, advertising, branding, information, and/or hiring services and all other terms and conditions of employment at Facebook and all companies that utilized the Facebook platform.

I swear under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief. The charge is not intended to be exhaustive, but representative of the treatment to which Facebook has subjected me.


_____                     1/12/17
Victor Onuoha                                Date