ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL ADRIAN MANRIQUEZ, VICTOR ONUOHA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., and DOES 1-9999,<br><br>Defendants. | Case No. 5:16-cv-06440-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. Edward J. Davila<br>Date:    June 1, 2017<br>Time:    9:00 am<br>Crtrm.:  4 |

1    This Court, having read and considered Defendant Facebook, Inc.'s ("Facebook")
2 Motion to Dismiss Plaintiffs' First Amended Complaint, as well as other briefing and documents
3 filed with the Court, and having heard and considered oral argument, GRANTS Facebook's
4 motion to dismiss as Plaintiffs have failed to state any claim against Facebook.
5    Moreover, as any amendment would be futile, this dismissal is with prejudice. *See*
6 *Telesaurus VPC, LLC v. Power*, 623 F.3d 998, 1003 (9th Cir. 2010).

7
8 IT IS SO ORDERED.
9 DATED: _____, 2017

_____
Honorable Edward J. Davila
United States District Judge