| | |
|---|---|
| Jahan C. Sagafi (State Bar No. 224887) | Rosemarie T. Ring (State Bar No. 220769) |
| Relic Sun (State Bar No. 306701) | Jonathan H. Blavin (State Bar No. 230269) |
| OUTTEN & GOLDEN LLP | Joshua Patashnik (State Bar No. 295120) |
| One Embarcadero Center, 38th Floor | Elizabeth A. Kim (State Bar No. 295277) |
| San Francisco, CA 94111 | MUNGER, TOLLES & OLSON LLP |
| Telephone: (415) 638-8800 | 560 Mission St, 27th Floor |
| Facsimile: (415) 638-8810 | San Francisco, CA 95105-2907 |
| Email: jsagafi@outtengolden.com | Telephone: (415) 512-4000 |
| Email: rsun@outtengolden.com | Facsimile: (415) 512-4777 |
| | E-mail: rose.ring@mto.com |
| William Most (State Bar No. 279100) | E-mail: jonathan.blavin@mto.com |
| LAW OFFICE OF WILLIAM MOST | E-mail: josh.patashnik@mto.com |
| 637 Kerlerec St. | E-mail: elizabeth.kim@mto.com |
| New Orleans, LA 70116 | |
| Phone: (504) 509-5023 | *Attorneys for Defendant Facebook, Inc.* |
| Email: williammost@gmail.com | |

Jason R. Flanders (State Bar No. 238007)
Sarah M.K. Hoffman (State Bar No. 308568)
AQUA TERRA AERIS LAW GROUP
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
Phone: (916) 202-3018
Email: jrf@atalawgroup.com
Email: smkh@atalawgroup.com

*Attorneys for Plaintiffs and Proposed Class Members*
*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL MANRIQUEZ, and VICTOR ONUOHA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., and DOES 1-9999,<br><br>Defendants. | Case No. 16-cv-06440-EJD<br><br>**JOINT POST-MEDIATION STATUS REPORT & [PROPOSED] ORDER** |

1      Plaintiffs Suzanne-Juliette Mobley, Daniel Manriquez, and Victor Onuoha ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook"), jointly submit this post-mediation status report pursuant to the Court's September 20, 2017 Order. ECF No. 52.

     On September 7, 2017, the parties participated in a productive, full-day mediation under the supervision of David A. Rotman. The parties are continuing good faith negotiations and have scheduled another day of mediation with Mr. Rotman for November 30, 2017. Accordingly, the parties jointly request that the Court set a deadline of December 14, 2017 for a subsequent status report. The parties respectfully request that the hearing on Facebook's Motion to Dismiss and the Initial Case Management Conference remain vacated and Facebook's Motion to Dismiss remain administratively terminated while the parties continue to attempt to resolve the litigation.

Respectfully submitted,

Dated: October 27, 2017       By:   */s/ Jahan C. Sagafi*
                                                                  Jahan C. Sagafi

Jahan C. Sagafi (State Bar No. 224887)
Katrina L. Eiland (State Bar No. 275701)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: keiland@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

36838143.1       - 1 -       JOINT POST-MEDIATION STATUS REPORT
                                                                                                         & [PROPOSED] ORDER
                                                                                                         CASE NO. 16-CV-06440-EJD

William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: (504) 509-5023
Email: williammost@gmail.com

Jason R. Flanders (State Bar No. 238007)
Sarah M.K. Hoffman (State Bar No. 308568)
AQUA TERRA AERIS LAW GROUP
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
Phone: (916) 202-3018
Email: jrf@atalawgroup.com
Email: smkh@atalawgroup.com

*Counsel for Plaintiffs and proposed Class Members*

Dated: October 27, 2017           By:   */s/   Rosemarie T. Ring*
                                         Rosemarie T. Ring

Rosemarie T. Ring (State Bar No. 220769)
Jonathan H. Blavin (State Bar No. 230269)
Joshua Patashnik (State Bar No. 295120)
Elizabeth A. Kim (State Bar No. 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: josh.patashnik@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc.*

# [PROPOSED] ORDER

By December 14, 2017, the parties shall file a joint status report (a) addressing the status of the mediation efforts and, if appropriate, (b) propose new dates for the hearing on Facebook's Motion to Dismiss and Initial Case Management Conference.

IT IS SO ORDERED.

Dated: __October 30, 2017__, 2017

_____
Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

                                    */s/ Rosemarie T. Ring*
                                    Rosemarie T. Ring

**CERTIFICATE OF SERVICE**

On October 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Rosemarie T. Ring*
Rosemarie T. Ring