Jahan C. Sagafi (Cal. Bar No. 224887)
Relic Sun (Cal. Bar No. 306701)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: rsun@outtengolden.com

William Most (Cal. Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: (504) 509-5023
E-mail: williammost@gmail.com

Jason R. Flanders (Cal. Bar No. 238007)
Sarah M.K. Hoffman (Cal. Bar No. 308568)
AQUA TERRA AERIS LAW GROUP
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
Phone: 916-202-3018
E-mail: jrf@atalawgroup.com
E-mail: smkh@atalawgroup.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

P. David Lopez (admitted *pro hac vice*)
Peter Romer-Friedman (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com

*Attorneys for Plaintiffs and Proposed Class Members*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR ONUOHA, SUZANNE-JULIETTE MOBLEY, and DANIEL ADRIAN MANRIGUEZ, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FACEBOOK, INC.,<br><br>          Defendants. | Case No. 16-cv-06440-EJD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED**<br><br>Judge: Hon. Edward J. Davila<br>Date: N/A<br>Time: N/A<br>Courtroom: 4, 5th Floor |

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 3-12(ab), Plaintiffs Suzanne-Juliette Mobley, Karen Savage, and Victor |
| 2 | Onuoha ("Plaintiffs") respectfully submit the following Administration Motion to consider whether this |
| 3 | case is related to a case that was filed on December 20, 2017 in this District, *Communications Workers* |
| 4 | *of America, et al. v. T-Mobile US, Inc. et al.*, No. 17-cv-07232 (N.D. Cal.) ("*T-Mobile*"), ECF No. 1. |
| 5 | Plaintiffs request that the *T-Mobile* case be assigned to this Court as a related case.  In support of |
| 6 | Plaintiffs' motion, they state as follows: |
| 7 |       1.      In the instant action, *Onuoha v. Facebook, Inc.*, No. 16-cv-06440-EJD (N.D. Cal.) |
| 8 | ("*Facebook*"), a putative Plaintiff Class of African Americans, Latinos, and Asian Americans alleges |
| 9 | that people of color were unlawfully excluded from receiving employment, housing, and credit |
| 10 | advertisements and recruiting via Facebook's paid advertising platform because of their race or national |
| 11 | origin, and seek to enjoin this practice as a violation of various federal and state civil rights laws.  *See* |
| 12 | *id.*, First Am. Compl., ECF No. 28. |
| 13 |       2.      In *T-Mobile*, Plaintiffs challenge the same discriminatory advertising and recruiting |
| 14 | practices that Facebook and hundreds of other major employers have allegedly engaged in based on a |
| 15 | different protected class: age.  In *T-Mobile*, three workers seek to represent a Plaintiff Class asserting |
| 16 | age discrimination claims against a Defendant Class of employers and employment agencies who used |
| 17 | Facebook's ad platform to target their employment ads and recruitment to younger workers (for |
| 18 | example, T-Mobile sent job ads to people ages 18 to 38), and thereby exclude older workers from |
| 19 | receiving the same employment ads and opportunities.  *T-Mobile* Comp. ¶¶ 1-3 & Ex. A., ECF No. 1.  In |
| 20 | addition, the Communications Workers of America ("CWA"), an international union, seeks to enjoin the |
| 21 | same employers and employment agencies from engaging in discrimination against CWA's members |
| 22 | who are 40-years-old or older.  *See id.* |
| 23 |       3.      The *T-Mobile* and *Facebook* cases are related, as they both involve civil rights claims |
| 24 | challenging the same core conduct and transactions: the use of Facebook's ad platform to exclude |
| 25 | workers from receiving job ads based on a status that is protected by federal or state law.  As such, many |
| 26 | of the same legal and factual issues will be identical in both cases, especially since many of the age |
| 27 | discrimination laws under which Plaintiffs' claims arise in *T-Mobile* are the same types of statutes and |
| 28 | |

apply the same legal standards as the civil rights laws under which Plaintiffs' claims arise in *Facebook*. In addition, there will likely be a substantial amount of overlapping discovery materials, issues, and disputes in both cases.

4. Because there will be many similar and overlapping legal and factual issues in the two putative class actions, designating the *Facebook* and *T-Mobile* cases as related cases will assist the parties and the Court in resolving the disputes in efficient and effective manner.

5. In addition, a substantial amount of conduct involved in this case occurred in the counties without the San Jose Division, as Facebook operates servers within the San Jose Division that, upon information and belief, create, process, and send the advertisements that are at issue in this case, and Defendants in this action have advertised positions of employment within the San Jose Division.

6. Plaintiffs' counsel communicated with counsel for the Defendants in both the *Facebook* and *T-Mobile* cases regarding this instant motion, and none of the Defendants in either case have identified their position on designating the two cases as related.

| | | |
|---|---|---|
| 1 | Dated: January 2, 2018 | Respectfully submitted, |
| 2 | | By: /s/ *Peter Romer-Friedman* |
| 3 | |       Peter Romer-Friedman |

Dated: January 2, 2018

Respectfully submitted,

By: /s/ *Peter Romer-Friedman*
    Peter Romer-Friedman

P. David Lopez (admitted *pro hac vice*)
Peter Romer-Friedman (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Relic Sun (Cal. Bar No. 306701)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: rsun@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

William Most (Cal. Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: 504-509-5023
E-mail: williammost@gmail.com

Jason R. Flanders (Cal. Bar No. 238007)
Sarah M.K. Hoffman (Cal. Bar No. 308568)
AQUA TERRA AERIS LAW GROUP
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
Phone: 916-202-3018
E-mail: jrf@atalawgroup.com
E-mail: smkh@atalawgroup.com

*Attorneys for Plaintiffs and Proposed Class Members*

## CERTIFICATE OF SERVICE

On January 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Peter Romer-Friedman*
Peter Romer-Friedman (*pro hac vice*)