Jahan C. Sagafi (State Bar No. 224887)
Relic Sun (State Bar No. 306701)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
Email: jsagafi@outtengolden.com
Email: rsun@outtengolden.com

William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: (504) 509-5023
Email: williammost@gmail.com

Jason R. Flanders (State Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: (916) 202-3018
Email: jrf@atalawgroup.com
Email: smkh@atalawgroup.com

*Attorneys for Plaintiffs and Proposed Class Members*
*[Additional counsel listed on signature page]*

Rosemarie T. Ring (State Bar No. 220769)
Jonathan H. Blavin (State Bar No. 230269)
Joshua Patashnik (State Bar No. 295120)
Elizabeth A. Kim (State Bar No. 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: josh.patashnik@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL MANRIQUEZ, and VICTOR ONUOHA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>FACEBOOK, INC., and DOES 1-9999,<br><br>Defendants. | Case No. 16-cv-06440-EJD<br><br>**JOINT POST-MEDIATION STATUS REPORT & [PROPOSED] ORDER** |

Plaintiffs Suzanne-Juliette Mobley, Daniel Manriquez, and Victor Onuoha ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook") jointly submit this post-mediation status report pursuant to the Court's March 23, 2018 Order.  ECF No. 60.  The parties apologize to the Court for the delay in filing this report.

Since the parties submitted their last joint status report on March 22, 2018, another case has been filed against Facebook asserting claims based on Facebook's ad platform.  *Nat'l Fair Hous. Alliance v. Facebook, Inc.*, 18-cv-2689-JGK (S.D.N.Y Mar. 27, 2018) ("*NFHA*").  Because both cases challenge the functioning of Facebook's online advertising tools and alleged discrimination, Plaintiffs and Facebook have expanded the settlement discussions to include the *NFHA* plaintiffs.  The parties are in the process of determining an appropriate structure for the settlement negotiations.

Accordingly, the parties jointly request that the Court set a deadline of July 6, 2018 for a further status report.  The parties respectfully request that the hearing on Facebook's Motion to Dismiss and the Initial Case Management Conference remain vacated and Facebook's Motion to Dismiss remain administratively terminated while the parties continue to attempt to resolve the litigation.

Respectfully submitted,

Dated:  June 8, 2018        By:    */s/ Jahan C. Sagafi*
                                         Jahan C. Sagafi

Jahan C. Sagafi (State Bar No. 224887)
Relic Sun (State Bar No. 306701)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: rsun@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: atk@outtengolden.com

P. David Lopez (admitted *pro hac vice*)
Peter Romer-Friedman (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com

William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: (504) 509-5023
Email: williammost@gmail.com

Jason R. Flanders (State Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: (916) 202-3018
Email: jrf@atalawgroup.com

*Counsel for Plaintiffs and proposed Class Members*

Dated: June 8, 2018                    By:   /s/   *Rosemarie T. Ring*
                                             Rosemarie T. Ring

Rosemarie T. Ring (State Bar No. 220769)
Jonathan H. Blavin (State Bar No. 230269)
Joshua Patashnik (State Bar No. 295120)
Elizabeth A. Kim (State Bar No. 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: josh.patashnik@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc.*

[PROPOSED] ORDER

By July 6, 2018, the parties shall file a joint status report (a) addressing the status of the mediation efforts and, if appropriate, (b) propose new dates for the hearing on Facebook's Motion to Dismiss and Initial Case Management Conference.

IT IS SO ORDERED.

Dated: _____, 2018

_____
Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

                */s/ Jahan C. Sagafi*
                Jahan C. Sagafi

**CERTIFICATE OF SERVICE**

On June 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                        */s/ Jahan C. Sagafi*
                                         Jahan C. Sagafi