| | |
|---|---|
| 1 | ROSEMARIE T. RING (State Bar No. 220769) |
| | rose.ring@mto.com |
| 2 | JONATHAN H. BLAVIN (State Bar No. 230269) |
| | jonathan.blavin@mto.com |
| 3 | ELIZABETH A. KIM (State Bar No. 295277) |
| | elizabeth.kim@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 5 | Twenty-Seventh Floor |
| | San Francisco, California 94105-2907 |
| 6 | Telephone:   (415) 512-4000 |
| | Facsimile:   (415) 512-4077 |
| 7 | |
| | Attorneys for Defendant Facebook, Inc. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL ADRIAN MANRIQUEZ, VICTOR ONUOHA, on behalf of themselves and all others similarly situated, | Case No. 5:16-cv-06440-EJD |
| | **NOTICE OF CHANGE IN COUNSEL** |
| Plaintiffs, | |
| vs. | |
| FACEBOOK, INC., and DOES 1-9999, | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Pursuant to Local Civil Rule 5-1(c)(2)(C), Defendant Facebook, Inc. hereby removes
3  Joshua Patashnik as one of its attorneys of record.  As of tomorrow, September 6, 2018, Mr.
4  Patashnik will no longer be associated with Munger, Tolles & Olson LLP.  The undersigned
5  counsel, as well as the other attorneys identified below and on the docket, shall remain as counsel
6  of record for Facebook.

7

8  DATED:  September 5, 2018        MUNGER, TOLLES & OLSON LLP
                                      ROSEMARIE T. RING
9                                     JONATHAN H. BLAVIN
                                      ELIZABETH A. KIM
10

11

12                                 By:     */s/ Rosemarie T. Ring*
                                        ROSEMARIE T. RING
13                                 Attorneys for Defendant Facebook, Inc.