UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR ONUOHA, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 5:16-cv-06440-EJD<br><br>**ORDER RE: MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 68 |

Presently before the court is a motion to consider whether the above-entitled action is related to another civil action currently pending in this district, Riddick v. Facebook, Inc., Case No. 5:18-cv-04529-LB.

The court has reviewed the dockets for both cases in accordance with the requirements of Civil Local Rule 3-12 and has determined it is unlikely there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

On that basis, the court finds the cases are not related within the definition of Rule 3-12 and will not order a reassignment.

**IT IS SO ORDERED.**

Dated: September 10, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-06440-EJD
ORDER RE: MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
1