UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR ONUOHA, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 5:16-cv-06440-EJD<br><br>**STATUS REPORT ORDER** |

Having reviewed the status report filed on September 19, 2018 (Dkt. No. 73), the court orders as follows:

1. Given the additional mediation session, the parties shall file a brief joint status report addressing the status of mediation efforts on or before **October 15, 2018.**

2. The court schedules a hearing on the Motion to Dismiss (Dkt. No. 34) for **9:00 a.m. on December 13, 2018.** The Initial Case Management Conference is also scheduled for that date and time.

3. The deadline for amici to request leave to file a brief in relation to the Motion to Dismiss is **November 16, 2018.**

**IT IS SO ORDERED.**

Dated: September 21, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-06440-EJD
STATUS REPORT ORDER

1