Jahan C. Sagafi (State Bar No. 224887)
Relic Sun (State Bar No. 306701)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
Email: jsagafi@outtengolden.com
Email: rsun@outtengolden.com

William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: (504) 509-5023
Email: williammost@gmail.com

Jason R. Flanders (State Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: (916) 202-3018
Email: jrf@atalawgroup.com
Email: smkh@atalawgroup.com

*Attorneys for Plaintiffs and Proposed Class Members*
[Additional counsel listed on signature page]

Rosemarie T. Ring (State Bar No. 220769)
Jonathan H. Blavin (State Bar No. 230269)
Elizabeth A. Kim (State Bar No. 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL MANRIQUEZ, and VICTOR ONUOHA, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br>vs.<br><br>FACEBOOK, INC.,<br><br>     Defendant. | Case No. 16-cv-06440-EJD<br><br>**JOINT STATUS REPORT** |

Plaintiffs Suzanne-Juliette Mobley, Daniel Manriquez, and Victor Onuoha ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook") jointly submit this status update concerning their continuing mediation efforts pursuant to the Court's September 21, 2018 Order.  ECF No. 74.

The parties participated in productive joint mediation sessions on September 11, 2018, and October 8, 2018, with mediator Hunter R. Hughes as well as the plaintiffs in *National Fair Housing Alliance v. Facebook, Inc.*, No. 18-cv-02689 (S.D.N.Y.).  The parties continue their efforts to reach a resolution, but they are also prepared to move forward with the hearing on the Motion to Dismiss and Initial Status Conference scheduled for December 13, 2018, at 9:00 a.m. should the parties be unable to reach a settlement before then.  ECF No. 74.  The parties will promptly notify the Court in the event that they reach a settlement in principle.

Respectfully submitted,

Dated:  October 15, 2018          By:   */s/ Jahan C. Sagafi*
                                           Jahan C. Sagafi

Jahan C. Sagafi (State Bar No. 224887)
Relic Sun (State Bar No. 306701)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
E-mail: jsagafi@outtengolden.com
E-mail: rsun@outtengolden.com

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060
E-mail: atk@outtengolden.com

P. David Lopez (admitted *pro hac vice*)
Peter Romer-Friedman (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com

William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: (504) 509-5023
Email: williammost@gmail.com

Jason R. Flanders (State Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: (916) 202-3018
Email: jrf@atalawgroup.com

*Counsel for Plaintiffs and proposed Class Members*

Dated:  October 15, 2018                By:   /s/      Rosemarie T. Ring
                                              Rosemarie T. Ring

Rosemarie T. Ring (State Bar No. 220769)
Jonathan H. Blavin (State Bar No. 230269)
Elizabeth A. Kim (State Bar No. 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file this document.  I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

                          */s/ Jahan C. Sagafi*
                             Jahan C. Sagafi

**CERTIFICATE OF SERVICE**

On October 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                              */s/ Jahan C. Sagafi*
                                                Jahan C. Sagafi