Mary Kelly Persyn (CABN 264782)
PERSYN LAW & POLICY
912 Cole Street PMB 124
San Francisco, CA 94117
Telephone: (628) 400-1254
Email: marykelly@persynlaw.com

*Attorney for Amicus Curiae Upturn*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL ADRIAN MANRIQUEZ, VICTOR ONUOHA, on behalf of themselves and all others similarly situated,<br><br>          Plaintiff(s),<br><br>     vs.<br><br>Facebook, Inc.,<br><br>          Defendant(s). | Case Number: 5:16-cv-06440-EJD<br><br>**UPTURN, INC.'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FACEBOOK'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: November 16, 2018<br>Time: N/A<br>Judge: Honorable Edward J. Davila<br>Courtroom: 4 |

*Amicus Curiae* Upturn respectfully moves this Court for leave to file the accompanying amicus brief in support of Plaintiffs' Opposition to Facebook's Motion to Dismiss First Amended Complaint, Dkt. 41, pursuant to this Court's Order regarding *Amicus* Briefing. Dkt. 74 at 3.

Upturn is a nonprofit organization based in Washington, D.C. that works in partnership with many of the nation's leading civil rights and public interest organizations to promote equity and justice in the design, governance, and use of digital technology. One of Upturn's key priorities

is to advance economic opportunity, especially for historically disadvantaged communities. For many in those communities, fair housing is at the heart of a stable economic future.

Upturn has an interest in this case because it concerns how digital advertising will affect racial and economic equity. Upturn has unique expertise related to digital advertising and can assist the Court by addressing facts relevant to a core issue of this case without duplicating the arguments of the parties. Moreover, in order to effectively pursue its mission, Upturn has an interest in understanding Section 230's application to the practices at issue in this litigation. Importantly, the underlying tension between Section 230 and the applicability of civil rights laws that regulate marketing is relevant to many major ad platforms.

Facebook's Ad Platform is complex. Upturn's proposed *amicus* brief provides the perspective of uniquely situated technical experts. More specifically, the brief describes how underappreciated technical features of Facebook's Ad Platform protection – its Lookalike Audiences and ad delivery procedures – contribute to unlawfulness under the Fair Housing Act. These descriptions are critical to proper application of Section 230 immunity in this case.

*Amicus* has spent years researching how digital advertising, and Facebook's Ad Platform more specifically, impacts core civil rights protections, especially those related to credit, employment, and housing. In the past, Facebook has noted that *amicus* has contributed to a "constructive dialogue" on these matters.[1]

*Amicus* recognizes that the intersection of Section 230 and civil rights law presents difficult and important questions. *Amicus* hopes to equip the Court with the best technical understanding of how Facebook's Lookalike Audiences and ad delivery work in practice. These matters are directly relevant to the disposition of the issues before the Court, especially in deciding Facebook's Motion to Dismiss.

---

[1] In 2016, Upturn urged Facebook to begin automatically classifying ads for housing, credit, and employment in order to enable the adoption of new policies and enforcement mechanisms. In a blog post announcing its adoption of such a system, Facebook acknowledged the feedback of Upturn and other groups. https://newsroom.fb.com/news/2016/11/updates-to-ethnic-affinity-marketing/

UPTURN'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FACEBOOK'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO.: 5:16-CV-06440-EJD

WHEREFORE, Upturn respectfully requests that this Court grant it leave to file the proposed, attached *amicus* brief.

Date: November 16, 2018          Respectfully submitted,

By: Mary Kelly Persyn
Mary Kelly Persyn (CABN 264782)
**PERSYN LAW & POLICY**
912 Cole Street PMB 124
San Francisco, CA 94117
Telephone: (628) 400-1254
Email: marykelly@persynlaw.com

UPTURN'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FACEBOOK'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

CASE NO.: 5:16-CV-06440-EJD

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on November 16, 2018. I further certify that counsel of record for all parties in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 16th day of November 2018.

/s/ Mary Kelly Persyn

Mary Kelly Persyn

Mary Kelly Persyn (CABN 264782)
PERSYN LAW & POLICY
912 Cole Street PMB 124
San Francisco, CA 94117
Telephone: (628) 400-1254
Email: marykelly@persynlaw.com

*Attorney for Amicus Curiae Upturn*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL ADRIAN MANRIQUEZ, VICTOR ONUOHA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>Facebook, Inc.,<br><br>Defendant(s). | Case Number: 5:16-cv-06440-EJD<br><br>**[PROPOSED] ORDER GRANTING UPTURN'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**<br><br>Date: November 16, 2018<br>Time: N/A<br>Judge: Honorable Edward J. Davila<br>Courtroom: 4 |

Now, therefore, it is hereby ORDERED that:

Upon consideration of Upturn's Motion for Administrative Relief for Leave to File an *Amicus Curiae* Brief in Support of Plaintiffs' Opposition to Facebook's Motion to Dismiss First Amended Complaint, the Court finds that the proposed *amicus curiae* brief may assist in the determination of the matters before this Court.

Upturn is granted leave to file its *amicus curiae* brief.

Dated: _____, 2018

_____
HON. EDWARD J. DAVILA
United States District Judge

[PROPOSED] ORDER GRANTING MOTION
FOR ADMINISTRATIVE RELIEF FOR LEAVE TO
FILE AN *AMICUS CURIAE* BRIEF

CASE NO.: 5:16-CV-06440-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on November 16, 2018. I further certify that counsel of record for all parties in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 16th day of November 2018.

/s/ Mary Kelly Persyn

Mary Kelly Persyn

[PROPOSED] ORDER GRANTING MOTION
FOR ADMINISTRATIVE RELIEF FOR LEAVE TO
FILE AN *AMICUS CURIAE* BRIEF

CASE NO.: 5:16-CV-06440-EJD