1   Jahan C. Sagafi (State Bar No. 224887)
Relic Sun (State Bar No. 306701)
2   OUTTEN & GOLDEN LLP
One California Street, 12th Floor
3   San Francisco, CA 94111
Telephone: (415) 638-8800
4   Facsimile:  (415) 638-8810
Email: jsagafi@outtengolden.com
5   Email: rsun@outtengolden.com

6   William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
7   637 Kerlerec St.
New Orleans, LA 70116
8   Phone: (504) 509-5023
Email: williammost@gmail.com
9
Jason R. Flanders (State Bar No. 238007)
10  AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
11  Oakland, CA 94609
Phone: (916) 202-3018
12  Email: jrf@atalawgroup.com
Email: smkh@atalawgroup.com
13
*Attorneys for Plaintiffs and Proposed*
14  *Class Members*
*[Additional counsel listed on signature page]*

Rosemarie T. Ring (State Bar No. 220769)
Jonathan H. Blavin (State Bar No. 230269)
Elizabeth A. Kim (State Bar No. 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc.*

15
## UNITED STATES DISTRICT COURT
16  ## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

17

18  SUZANNE-JULIETTE MOBLEY, DANIEL
MANRIQUEZ, and VICTOR ONUOHA, on
19  behalf of themselves and all others similarly
situated,

20          Plaintiffs,
vs.
21

FACEBOOK, INC.,
22

          Defendant.
23

Case No. 16-cv-06440-EJD

**JOINT REPORT ON SETTLEMENT
STATUS AND [PROPOSED] ORDER**

24

Plaintiffs Suzanne-Juliette Mobley, Daniel Manriquez, and Victor Onuoha ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook") respectfully submit this joint status report and, with the support of their mediator, request for a short and final continuance of the motion hearing and case management conference set for December 13, 2018, until January 24, 2019.

The parties are mindful of the Court's admonition that no further postponement would be granted in response to their mediation status report filed on August 14, 2018, informing the Court of additional mediation sessions but reporting no progress toward settlement. (Dkt. No. 67.)  As explained below, and in the concurrently-filed declaration of their mediator, Hunter R. Hughes III, the parties make this request because, through those mediation sessions, they have made significant progress toward settlement, including the exchange of written settlement proposals and narrowing of areas of disagreement, and believe that, if they can focus all of their efforts over the next few weeks on resolving the few open issues that remain, they can reach a settlement of this action this month.

As reported on March 22, 2018, the parties believed they would be in a position to sign a written settlement agreement by early May of this year. (Dkt. No. 59).  Due to the filing of a related case in another court less than a week after that report, the parties agreed to resume and expand their settlement discussions to include the new parties, which in turn required engaging a new mediator and scheduling two additional mediation sessions (ultimately held in September and October, due to scheduling conflicts).  Through those two full-day mediation sessions, supplemented by extensive and detailed subsequent communications between the parties and the mediator, the parties have made significant progress toward settlement, including the exchange of written settlement proposals showing that the parties are aligned on all but a few remaining issues.  The parties plan to address the remaining open issues with the mediator during the week of December 10, 2018, and believe that it is very likely that they can resolve their differences on those issues.

In light of the above, and mindful and appreciative of the patience already shown by the

1  Court, the parties jointly and respectfully request a short and final continuance of the hearing on the

2  motion to dismiss and the case management conference set for December 13, 2018, until January 24,

3  2019.  The parties will notify the Court immediately in the event that they reach a settlement.

4                                              Respectfully submitted,

5  Dated:  December 4, 2018                    By:  ___/s/ Jahan C. Sagafi_____
                                                      Jahan C. Sagafi

6

7                                              Jahan C. Sagafi (State Bar No. 224887)
                                               Relic Sun (State Bar No. 306701)
8                                              OUTTEN & GOLDEN LLP
                                               One California Street, 12th Floor
9                                              San Francisco, CA 94111
                                               Telephone: (415) 638-8800
10                                             Facsimile:  (415) 638-8810
                                               E-mail: jsagafi@outtengolden.com
                                               E-mail: rsun@outtengolden.com
11

12                                             Adam T. Klein (admitted *pro hac vice*)
                                               OUTTEN & GOLDEN LLP
13                                             685 Third Avenue, 25th Floor
                                               New York, New York 10017
14                                             Telephone: (212) 245-1000
                                               Facsimile:  (646) 509-2060
15                                             E-mail: atk@outtengolden.com

16                                             P. David Lopez (admitted *pro hac vice*)
                                               Peter Romer-Friedman (admitted *pro hac vice*)
17                                             OUTTEN & GOLDEN LLP
                                               601 Massachusetts Ave. NW
18                                             Second Floor West
                                               Washington, DC 20001
19                                             Telephone: (202) 847-4400
                                               Facsimile: (646) 952-9114
20                                             E-mail: pdl@outtengolden.com
                                               E-mail: prf@outtengolden.com

21                                             William Most (State Bar No. 279100)
                                               LAW OFFICE OF WILLIAM MOST
22                                             637 Kerlerec St.
                                               New Orleans, LA 70116
23                                             Phone: (504) 509-5023
                                               Email: williammost@gmail.com

24

1                    Jason R. Flanders (State Bar No. 238007)

AQUA TERRA AERIS LAW GROUP

2                    490 43rd St., Ste. 108

Oakland, CA 94609

3                    Phone: (916) 202-3018

Email: jrf@atalawgroup.com

4

*Counsel for Plaintiffs and proposed Class Members*

5

6  Dated:  December 4, 2018         By:   */s/*    *Rosemarie T. Ring*

                                    Rosemarie T. Ring

7

8                    Rosemarie T. Ring (State Bar No. 220769)

Jonathan H. Blavin (State Bar No. 230269)

Elizabeth A. Kim (State Bar No. 295277)

9                    MUNGER, TOLLES & OLSON LLP

560 Mission St, 27th Floor

10                 San Francisco, CA 95105-2907

Telephone: (415) 512-4000

11                 Facsimile:  (415) 512-4777

E-mail: rose.ring@mto.com

12                 E-mail: jonathan.blavin@mto.com

13                 E-mail: elizabeth.kim@mto.com

14                 *Attorneys for Defendant Facebook, Inc.*

15

16

17

18

19

20

21

22

23

24

1

<u>[PROPOSED] ORDER</u>

2          The hearing on the motion to dismiss and initial case management conference set for

3  December 13, 2018 is CONTINUED to January 24, 2019.  The parties shall immediately notify the

4  Court in the event they reach settlement.

5          IT IS SO ORDERED.

6

7  Dated: _____, 2018          _____

8                                                        Honorable Edward J. Davila
                                                        UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document.  I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/  Rosemarie T. Ring*
Rosemarie T. Ring

- 5 -

JOINT MEDIATION STATUS REPORT
PROPOSED SCHEDULE & [PROPOSED] ORDER
CASE NO. 16-CV-06440-EJD

**CERTIFICATE OF SERVICE**

On December 4, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/  Rosemarie T. Ring*
Rosemarie T. Ring