| | |
|---|---|
| Jahan C. Sagafi (State Bar No. 224887) | Rosemarie T. Ring (State Bar No. 220769) |
| Relic Sun (State Bar No. 306701) | Jonathan H. Blavin (State Bar No. 230269) |
| OUTTEN & GOLDEN LLP | Elizabeth A. Kim (State Bar No. 295277) |
| One California Street, 12th Floor | MUNGER, TOLLES & OLSON LLP |
| San Francisco, CA 94111 | 560 Mission St, 27th Floor |
| Telephone: (415) 638-8800 | San Francisco, CA 95105-2907 |
| Facsimile: (415) 638-8810 | Telephone: (415) 512-4000 |
| Email: jsagafi@outtengolden.com | Facsimile: (415) 512-4777 |
| Email: rsun@outtengolden.com | E-mail: rose.ring@mto.com |
| | E-mail: jonathan.blavin@mto.com |
| William Most (State Bar No. 279100) | E-mail: elizabeth.kim@mto.com |
| LAW OFFICE OF WILLIAM MOST | |
| 637 Kerlerec St. | *Attorneys for Defendant Facebook, Inc.* |
| New Orleans, LA 70116 | |
| Phone: (504) 509-5023 | |
| Email: williammost@gmail.com | |

Jason R. Flanders (State Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: (916) 202-3018
Email: jrf@atalawgroup.com
Email: smkh@atalawgroup.com

*Attorneys for Plaintiffs and Proposed Class Members*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL MANRIQUEZ, and VICTOR ONUOHA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 16-cv-06440-EJD<br><br>**JOINT REPORT ON SETTLEMENT STATUS AND [~~PROPOSED~~] ORDER** |

Plaintiffs Suzanne-Juliette Mobley, Daniel Manriquez, and Victor Onuoha ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook") respectfully submit this joint status report and, with the support of their mediator, request for a short and final continuance of the motion hearing and case management conference set for December 13, 2018, until January 24, 2019.

The parties are mindful of the Court's admonition that no further postponement would be granted in response to their mediation status report filed on August 14, 2018, informing the Court of additional mediation sessions but reporting no progress toward settlement. (Dkt. No. 67). As explained below, and in the concurrently-filed declaration of their mediator, Hunter R. Hughes III, the parties make this request because, through those mediation sessions, they have made significant progress toward settlement, including the exchange of written settlement proposals and narrowing of areas of disagreement, and believe that, if they can focus all of their efforts over the next few weeks on resolving the few open issues that remain, they can reach a settlement of this action this month.

As reported on March 22, 2018, the parties believed they would be in a position to sign a written settlement agreement by early May of this year. (Dkt. No. 59). Due to the filing of a related case in another court less than a week after that report, the parties agreed to resume and expand their settlement discussions to include the new parties, which in turn required engaging a new mediator and scheduling two additional mediation sessions (ultimately held in September and October, due to scheduling conflicts). Through those two full-day mediation sessions, supplemented by extensive and detailed subsequent communications between the parties and the mediator, the parties have made significant progress toward settlement, including the exchange of written settlement proposals showing that the parties are aligned on all but a few remaining issues. The parties plan to address the remaining open issues with the mediator during the week of December 10, 2018, and believe that it is very likely that they can resolve their differences on those issues.

In light of the above, and mindful and appreciative of the patience already shown by the

| | |
|---|---|
| 1 | Court, the parties jointly and respectfully request a short and final continuance of the hearing on the |
| 2 | motion to dismiss and the case management conference set for December 13, 2018, until January 24, |
| 3 | 2019. The parties will notify the Court immediately in the event that they reach a settlement. |
| 4 | Respectfully submitted, |
| 5 | Dated: December 4, 2018     By:  /s/ Jahan C. Sagafi |

                     Jahan C. Sagafi

                 Jahan C. Sagafi (State Bar No. 224887)
                 Relic Sun (State Bar No. 306701)
                 OUTTEN & GOLDEN LLP
                 One California Street, 12th Floor
                 San Francisco, CA 94111
                 Telephone: (415) 638-8800
                 Facsimile: (415) 638-8810
                 E-mail: jsagafi@outtengolden.com
                 E-mail: rsun@outtengolden.com

                 Adam T. Klein (admitted *pro hac vice*)
                 OUTTEN & GOLDEN LLP
                 685 Third Avenue, 25th Floor
                 New York, New York 10017
                 Telephone: (212) 245-1000
                 Facsimile: (646) 509-2060
                 E-mail: atk@outtengolden.com

                 P. David Lopez (admitted *pro hac vice*)
                 Peter Romer-Friedman (admitted *pro hac vice*)
                 OUTTEN & GOLDEN LLP
                 601 Massachusetts Ave. NW
                 Second Floor West
                 Washington, DC 20001
                 Telephone: (202) 847-4400
                 Facsimile: (646) 952-9114
                 E-mail: pdl@outtengolden.com
                 E-mail: prf@outtengolden.com

                 William Most (State Bar No. 279100)
                 LAW OFFICE OF WILLIAM MOST
                 637 Kerlerec St.
                 New Orleans, LA 70116
                 Phone: (504) 509-5023
                 Email: williammost@gmail.com

40721494.2       - 2 -       JOINT MEDIATION STATUS REPORT
                 PROPOSED SCHEDULE & [PROPOSED] ORDER
                 CASE NO. 16-CV-06440-EJD

| | |
|---|---|
| | Jason R. Flanders (State Bar No. 238007)<br>AQUA TERRA AERIS LAW GROUP<br>490 43rd St., Ste. 108<br>Oakland, CA 94609<br>Phone: (916) 202-3018<br>Email: jrf@atalawgroup.com<br><br>*Counsel for Plaintiffs and proposed Class Members* |
| Dated:  December 4, 2018 | By:   /s/     *Rosemarie T. Ring*   <br>          Rosemarie T. Ring<br><br>Rosemarie T. Ring (State Bar No. 220769)<br>Jonathan H. Blavin (State Bar No. 230269)<br>Elizabeth A. Kim (State Bar No. 295277)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission St, 27th Floor<br>San Francisco, CA 95105-2907<br>Telephone: (415) 512-4000<br>Facsimile:  (415) 512-4777<br>E-mail: rose.ring@mto.com<br>E-mail: jonathan.blavin@mto.com<br>E-mail: elizabeth.kim@mto.com<br><br>*Attorneys for Defendant Facebook, Inc.* |

[~~PROPOSED~~] ORDER

The hearing on the motion to dismiss and initial case management conference set for December 13, 2018 is CONTINUED to January 24, 2019. at 9:00 a.m. The parties shall immediately notify the Court in the event they reach settlement. In the event the parties do not reach a settlement, the parties shall file an updated joint status report no later than January 14, 2019.

IT IS SO ORDERED.

Dated: __December 4__, 2018

_____
Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

                                         */s/ Rosemarie T. Ring*
                                         Rosemarie T. Ring

**CERTIFICATE OF SERVICE**

On December 4, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                          */s/ Rosemarie T. Ring*
                             Rosemarie T. Ring