Jahan C. Sagafi (State Bar No. 224887)
Relic Sun (State Bar No. 306701)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
Email: jsagafi@outtengolden.com
Email: rsun@outtengolden.com

William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: (504) 509-5023
Email: williammost@gmail.com

Jason R. Flanders (State Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: (916) 202-3018
Email: jrf@atalawgroup.com
Email: smkh@atalawgroup.com

*Attorneys for Plaintiffs and Proposed Class Members*
*[Additional counsel listed on signature page]*

Rosemarie T. Ring (State Bar No. 220769)
Jonathan H. Blavin (State Bar No. 230269)
Elizabeth A. Kim (State Bar No. 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL MANRIQUEZ, and VICTOR ONUOHA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>vs.<br><br>FACEBOOK, INC.,<br><br>      Defendant. | Case No. 16-cv-06440-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER** |

1    WHEREAS, a hearing on Facebook's Motion to Dismiss Plaintiffs' First Amended

2 Complaint is currently scheduled for February 28, 2019;

3    WHEREAS, since submission of their joint status report on January 14, 2019 (ECF No. 82),

4 Plaintiffs Suzanne-Juliette Mobley, Daniel Manriquez, and Victor Onuoha ("Plaintiffs") and

5 Defendant Facebook, Inc. ("Facebook") have engaged in frequent and productive discussions

6 concerning settlement and are making progress toward settlement;

7    NOW THEREFORE, it is hereby STIPULATED AND SO ORDERED:

8    1. The hearing on Facebook's Motion to Dismiss Plaintiffs' First Amended Complaint

9       previously scheduled for February 28, 2019 is vacated;

10   2. The parties shall submit a joint status report on or before March 18, 2019.

11   **IT IS SO STIPULATED**.

12   Dated: February 12, 2019                By: _____/s/___Jahan C. Sagafi_____
                                             Jahan C. Sagafi

                                             Jahan C. Sagafi (State Bar No. 224887)
                                             Relic Sun (State Bar No. 306701)
                                             OUTTEN & GOLDEN LLP
                                             One California Street, 12th Floor
                                             San Francisco, CA 94111
                                             Telephone: (415) 638-8800
                                             Facsimile:  (415) 638-8810
                                             E-mail: jsagafi@outtengolden.com
                                             E-mail: rsun@outtengolden.com

                                             Adam T. Klein (admitted *pro hac vice*)
                                             OUTTEN & GOLDEN LLP
                                             685 Third Avenue, 25th Floor
                                             New York, New York 10017
                                             Telephone: (212) 245-1000
                                             Facsimile:  (646) 509-2060
                                             E-mail: atk@outtengolden.com

P. David Lopez (admitted *pro hac vice*)
Peter Romer-Friedman (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Second Floor West
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
E-mail: pdl@outtengolden.com
E-mail: prf@outtengolden.com

William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
637 Kerlerec St.
New Orleans, LA 70116
Phone: (504) 509-5023
Email: williammost@gmail.com

Jason R. Flanders (State Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: (916) 202-3018
Email: jrf@atalawgroup.com

*Counsel for Plaintiffs and proposed Class Members*

Dated: February 12, 2019         By: _____/s/__Rosemarie T. Ring___
                                          Rosemarie T. Ring

Rosemarie T. Ring (State Bar No. 220769)
Jonathan H. Blavin (State Bar No. 230269)
Elizabeth A. Kim (State Bar No. 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc*

1  Dated:                                         **IT IS SO ORDERED:**

   _____
   Honorable Edward J. Davila
   United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

                                                          */s/* Rosemarie T. Ring
                                                             Rosemarie T. Ring