| | |
|---|---|
| Jahan C. Sagafi (State Bar No. 224887) <br> Relic Sun (State Bar No. 306701) <br> OUTTEN & GOLDEN LLP <br> One California Street, 12th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 638-8800 <br> Facsimile:  (415) 638-8810 <br> Email: jsagafi@outtengolden.com <br> Email: rsun@outtengolden.com <br><br> William Most (State Bar No. 279100) <br> LAW OFFICE OF WILLIAM MOST <br> 637 Kerlerec St. <br> New Orleans, LA 70116 <br> Phone: (504) 509-5023 <br> Email: williammost@gmail.com <br><br> Jason R. Flanders (State Bar No. 238007) <br> AQUA TERRA AERIS LAW GROUP <br> 490 43rd St., Ste. 108 <br> Oakland, CA 94609 <br> Phone: (916) 202-3018 <br> Email: jrf@atalawgroup.com <br> Email: smkh@atalawgroup.com <br><br> *Attorneys for Plaintiffs and Proposed* <br> *Class Members* <br> *[Additional counsel listed on signature page]* | Rosemarie T. Ring (State Bar No. 220769) <br> Jonathan H. Blavin (State Bar No. 230269) <br> Elizabeth A. Kim (State Bar No. 295277) <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission St, 27th Floor <br> San Francisco, CA 95105-2907 <br> Telephone: (415) 512-4000 <br> Facsimile:  (415) 512-4777 <br> E-mail: rose.ring@mto.com <br> E-mail: jonathan.blavin@mto.com <br> E-mail: elizabeth.kim@mto.com <br><br> *Attorneys for Defendant Facebook, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SUZANNE-JULIETTE MOBLEY, DANIEL MANRIQUEZ, and VICTOR ONUOHA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 16-cv-06440-EJD <br><br> **STIPULATION** <br> **AND [~~PROPOSED~~] ORDER** |

1    WHEREAS, a hearing on Facebook's Motion to Dismiss Plaintiffs' First Amended

2 Complaint is currently scheduled for February 28, 2019;

3    WHEREAS, since submission of their joint status report on January 14, 2019 (ECF No. 82),

4 Plaintiffs Suzanne-Juliette Mobley, Daniel Manriquez, and Victor Onuoha ("Plaintiffs") and

5 Defendant Facebook, Inc. ("Facebook") have engaged in frequent and productive discussions

6 concerning settlement and are making progress toward settlement;

7    NOW THEREFORE, it is hereby STIPULATED AND SO ORDERED:

8    1. The hearing on Facebook's Motion to Dismiss Plaintiffs' First Amended Complaint
9       previously scheduled for February 28, 2019 is vacated;

10   2. The parties shall submit a joint status report on or before March 18, 2019.

11   **IT IS SO STIPULATED**.

12  Dated: February 12, 2019                By: _____/s/___Jahan C. Sagafi_____
                                            Jahan C. Sagafi

                                            Jahan C. Sagafi (State Bar No. 224887)
                                            Relic Sun (State Bar No. 306701)
                                            OUTTEN & GOLDEN LLP
                                            One California Street, 12th Floor
                                            San Francisco, CA 94111
                                            Telephone: (415) 638-8800
                                            Facsimile:  (415) 638-8810
                                            E-mail: jsagafi@outtengolden.com
                                            E-mail: rsun@outtengolden.com

                                            Adam T. Klein (admitted *pro hac vice*)
                                            OUTTEN & GOLDEN LLP
                                            685 Third Avenue, 25th Floor
                                            New York, New York 10017
                                            Telephone: (212) 245-1000
                                            Facsimile:  (646) 509-2060
                                            E-mail: atk@outtengolden.com

Case 5:16-cv-06440-EJD   Document 84   Filed 02/12/19   Page 3 of 5

1   P. David Lopez (admitted *pro hac vice*)
    Peter Romer-Friedman (admitted *pro hac vice*)
2   OUTTEN & GOLDEN LLP
    601 Massachusetts Ave. NW
3   Second Floor West
    Washington, DC 20001
4   Telephone: (202) 847-4400
    Facsimile: (646) 952-9114
5   E-mail: pdl@outtengolden.com
    E-mail: prf@outtengolden.com
6
    William Most (State Bar No. 279100)
7   LAW OFFICE OF WILLIAM MOST
    637 Kerlerec St.
8   New Orleans, LA 70116
    Phone: (504) 509-5023
9   Email: williammost@gmail.com

10  Jason R. Flanders (State Bar No. 238007)
    AQUA TERRA AERIS LAW GROUP
11  490 43rd St., Ste. 108
    Oakland, CA 94609
12  Phone: (916) 202-3018
    Email: jrf@atalawgroup.com
13
    *Counsel for Plaintiffs and proposed Class Members*
14
    Dated: February 12, 2019          By: _____/s/__Rosemarie T. Ring___
15                                              Rosemarie T. Ring

16  Rosemarie T. Ring (State Bar No. 220769)
    Jonathan H. Blavin (State Bar No. 230269)
17  Elizabeth A. Kim (State Bar No. 295277)
    MUNGER, TOLLES & OLSON LLP
18  560 Mission St, 27th Floor
    San Francisco, CA 95105-2907
19  Telephone: (415) 512-4000
    Facsimile:  (415) 512-4777
20  E-mail: rose.ring@mto.com
    E-mail: jonathan.blavin@mto.com
21  E-mail: elizabeth.kim@mto.com

22  *Attorneys for Defendant Facebook, Inc*

23

24

- 2 -                                        STIPULATION
                                             AND [PROPOSED] ORDER
                                             CASE NO. 16-CV-06440-EJD

Dated: February 12, 2019

**IT IS SO ORDERED:**

_____
Honorable Edward J. Davila
United States District Judge

- 3 -

STIPULATION
AND [PROPOSED] ORDER
CASE NO. 16-CV-06440-EJD

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

            */s/* Rosemarie T. Ring
            Rosemarie T. Ring